IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MJA ENTERPRISES, INC., A Nebraska corporation formerly known as Quality Telemarketing, Inc., <br><br>  Plaintiff/Counter-Defendant, <br><br> vs. <br><br> AMERICAN PACESETTERS ENTERPRISES, LLC, a Delaware limited liability company, <br><br>  Defendant/Counter Claimant and Third Party Plaintiff, <br><br> MITCH J. ALBERS, <br><br>  Third Party Defendant. | Case No. 8:08CV262 <br><br><br> **ORDER** |

Upon notice of settlement given to the Clerk's Office by John Brownrigg, mediator,

**IT IS ORDERED:**

1. On or before **March 4, 2009,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 2nd day of February 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge