**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MJA ENTERPRISES, INC.,** a Nebraska corporation f/k/a Quality Telemarketing, Inc., | ) ) ) ) | CASE NO. 8:08CV262 |
| **Plaintiff/Counter-Defendant,** | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| **AMERICAN PACESETTERS ENTERPRISES, LLC,** a Delaware limited liability company, | ) ) ) ) ) | |
| **Defendant/Counter-Claimant and Third Party Plaintiff,** | ) ) ) | |
| v. | ) ) | |
| **MITCH J. ALBERS,** | ) ) | |
| **Third Party Defendant.** | ) | |

This matter is before the Court on the parties' Joint Motion for Dismissal of Case (Filing No. 40). The Court finds that the joint filing satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Dismissal (Filing No. 40) is granted;

2. The Complaint, Third Party Complaint, and all claims and counterclaims in this matter are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees.

DATED this 30th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge